IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GLEN A. SHELEY                                                                                   PETITIONER

VS.                           CASE NO. 2:06CV00036 SWW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition be, and it is hereby, dismissed without prejudice.

SO ADJUDGED this 27th day of April, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE